## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASF AGRICULTURAL SOLUTIONS US LLC** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | **NO.  25-6635** |
| **SHARDA USA LLC** | : | |
| *Defendant.* | : | |

### AMENDED ORDER

**AND NOW,** this 6th day of January, 2026, upon consideration of Notice of Voluntary

Dismissal filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (ECF

#27) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules

of Civil Procedure of this Court, it is **ORDERED** that the above action is **DISMISSED** without

prejudice.

   */s/ Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy to the
Honorable Mary Kay Costello
United States District Court Judge